Dear Ms. Acosta                    Friday Sep 11, 2015        Extension granted
                                                                to 10/21/15        PC
                                                                                   9-18-15
                                                                                   755-15

Thank you for your time maam to listen to my concern i pray that this letter finds you in good spirit and in good health and in good cheers as ween.

Now ive recently send a letter to the Inmate copy service at P.o.Box 12367 in Austin, Texas for my records on September 3, and still haven't heard from them yet but i'm giving them till Monday to see if they answer me back "but also Ms Abel me also got a due date for Sep 21, 2015 and i would like to know just in case i dont get my records can i still get an other extension or/ can i just wait until i can receive my Appellants file records or records that ive ask for from this address that ive written down Ms. abel Could you please let me know on how Could i proceed this matter please maam, i feel that my Appeal attorney Mr. Mike Berger failed to foke and my Trial Records with all the other documents that ive css sepsed need to file my Petition For Discretionary Review, and now i would like to ask you do you think that this delay from my attorney or/ now says he's not but "still i believe that he's been also Indefective Counsel under Due Process because he failed to send my Records For My P.D.R. Ms Abel.

Well please Inform me and let me know on what can i do from your possision professions sion point of view maam with all do respect i would be very gratefull if you could just help me with this matter please i feel that my attorney should of never delayed me this way Ms. Abel and once again Thank you and God Bless us All

                        Sincerly Mr. Ramirez

Lawyers Duties To clients

①
Counsel will advise their clients of the contents of these standards of conduct when under taking representation.

P.S. I will writ you back if theres a change.
                        Thank you again

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk